AO 91 (Rev. 02/09) Criminal Complaint

DOA 11-23-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesus Alvarez-Ulloa, | ) | Case No. 17-8459 |
| a.k.a.: Jesus Ulloa-Alvarez, | ) | |
| a.k.a.: Jesse A. Ulloa, | ) | |
| (A036 624 998) | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 17, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Alvarez-Ulloa, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Ysidro, California, on or about September 12, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*BDay*
REVIEWED BY: SAUSA Brett Day for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed telephonically.

Date: November 24, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 17, 2017, Jesus Alvarez-Ulloa was booked into the Maricopa County Jail (MCJ) by the Arizona State University Police Department on local charges. While in custody at the MCJ, Alvarez-Ulloa was encountered by ICE Officer R. Ray who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On November 23, 2017, Alvarez-Ulloa was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Alvarez-Ulloa was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Alvarez-Ulloa to be a citizen of Mexico and a previously deported alien. Alvarez-Ulloa was removed from the United States to Mexico through San Ysidro, California, on or about September 12, 2016, pursuant to an order of removal issued by an immigration judge. There is no record of Alvarez-Ulloa in any Department of Homeland Security database to suggest that he obtained

1

permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Alvarez-Ulloa's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jesus Alvarez-Ulloa was convicted of Re-Entry of Removed Alien, a felony offense, on September 23, 2013, in the United States District Court, District of Arizona. Alvarez-Ulloa was sentenced to thirty (30) months' imprisonment and three (3) years' supervised release. Alvarez-Ulloa's criminal history was matched to him by electronic fingerprint comparison.

5. On November 23, 2017, Jesus Alvarez-Ulloa was advised of his constitutional rights. Alvarez-Ulloa freely and willingly acknowledged his rights and agreed to provide a statement under oath. Alvarez-Ulloa stated that his true and complete name is Jesus Alvarez-Ulloa and that he is a citizen of "United States A." Alvarez-Ulloa did not state that he illegally entered the United States, without inspection by an immigration officer. Alvarez-Ulloa further did not state that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 17, 2017, Jesus Alvarez-Ulloa, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Ysidro, California, on or about September 12, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed telephonically
this 24th day of November 2017.

_____
John Z. Boyle,
United States Magistrate Judge